UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| REGINA MARIE ROBINSON, ) | |
| ) | Case No. 2:21-cv-133 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Jill E. McCook |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| *Defendant*. | |

## ORDER

Before the Court is Plaintiff's motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act ("EAJA") (Doc. 21). Defendant responded to Plaintiff's motion, indicating that she did not object to the requested award of attorney's fees (Doc. 22).

On April 29, 2022, U.S. Magistrate Judge Jill E. McCook issued a report and recommendation, recommending that Plaintiff's motion for attorney's fees and expenses (Doc. 21) be granted, and a judgment awarding Plaintiff the amount of $3,705.30 in attorney's fees pursuant to the EAJA be entered. (Doc. 23, at 1.) Magistrate Judge McCook concluded that Plaintiff should be awarded attorney's fees for 17.9 hours of attorney work for a total of $3,705.30. (*Id.*) Neither party filed a timely objection to Magistrate Judge Guyton's report and recommendation.

The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's report and recommendation (Doc. 23), and Plaintiff's motion for fees and expenses (Doc. 26) is hereby **GRANTED**. Plaintiff is **AWARDED** attorney's fees for 17.9 hours of attorney work for a total

of $3,705.30.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**